**Order entered September 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00241-CR

### TRINH HOANG DIEM NGUYEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00357-Q**

### ORDER

Before the Court is appellant's September 16, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on October 19, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE